**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CHARLES BECOAT, )<br>    Plaintiff, )<br>        v. )<br>MONTE JORDANA LEVY, )<br>    Defendant. )<br>_____ ) | 2:15-cv-02272-GMN-GWF<br><br>**ORDER** |

**I.    DISCUSSION**

On December 7, 2015, this Court issued an order directing Plaintiff to file a fully complete application to proceed *in forma pauperis* or pay the full $400 filing fee within 30 days from the date of that order. (ECF No. 2 at 2). On December 21, 2015, the Court directed Plaintiff to file an amended complaint and to timely comply with the December 7, 2015 order. (ECF No. 5 at 2-3). On December 22, 2015, Plaintiff filed an incomplete application to proceed *in forma pauperis*. (ECF No. 6). In a letter to the Court, Plaintiff explained that the head librarian told him that it would take over 30 days for Plaintiff to receive a completed financial certificate from Carson City, Nevada. (ECF No. 6-1 at 1). In his motion to waive filing fee, Plaintiff states that he will send the completed *in forma pauperis* forms when he receives his financial certificate and six month accounting statement. (ECF No. 7 at 3). On December 31, 2015, Plaintiff filed another incomplete application to proceed *in forma pauperis* and an amended complaint. (ECF No. 8, 8-1).

Pursuant to 28 U.S.C. § 1915(a)(2) and Local Rule LSR 1-2, Plaintiff must complete an application to proceed *in forma pauperis* and attach both an inmate account statement for the past six months and a properly executed financial certificate. Plaintiff has not submitted a

properly executed financial certificate or an inmate account statement.  (*See* ECF No. 6, 7, 8). As such, the *in forma pauperis* applications are denied without prejudice.  The Court will retain Plaintiff's amended civil rights complaint (ECF No. 8-1), but will not file it until the matter of the payment of the filing fee is resolved.

The Court grants Plaintiff an extension until **Friday, February 19, 2016**, to file a fully complete application to proceed *in forma pauperis* or, in the alternative, pay the full filing fee for this action.  If Plaintiff chooses to file a new application to proceed *in forma pauperis* he must file a fully complete application to proceed *in forma pauperis*.  If Plaintiff files another incomplete application to proceed *in forma pauperis*, the Court will dismiss the case in its entirety, without prejudice, to file a new case when Plaintiff is able to acquire the necessary documents to file a complete application to proceed *in forma pauperis*.

## II.    CONCLUSION

For the foregoing reasons, IT IS ORDERED that Plaintiff's applications to proceed *in forma pauperis* (ECF No. 6, 7, 8) are DENIED without prejudice to file a new application.

IT IS FURTHER ORDERED that the Clerk of the Court SHALL SEND Plaintiff the approved form application to proceed *in forma pauperis* by a prisoner, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

IT IS FURTHER ORDERED that **on or before Friday, February 19, 2016**, Plaintiff shall either: (1) file a fully complete application to proceed *in forma pauperis*, on the correct form with complete financial attachments in compliance with 28 U.S.C. § 1915(a); or (2) pay the full $400 fee for filing a civil action (which includes the $350 filing fee and the $50 administrative fee).

IT IS FURTHER ORDERED that, if Plaintiff's next application to proceed *in forma pauperis* is incomplete, the Court will dismiss the case, without prejudice, for Plaintiff to file a new case when he is able to acquire the necessary documents to file a complete application to proceed *in forma pauperis*.

IT IS FURTHER ORDERED that if Plaintiff does not timely comply with this order, dismissal of this action may result.

IT IS FURTHER ORDERED that the Clerk of the Court shall retain the amended complaint (ECF No. 8-1), but shall not file it at this time.

DATED: This 5th day of January 2016.

_____
United States Magistrate Judge