# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CHARLES BECOAT, ) <br> ) <br>             Plaintiff, ) <br>   vs. ) <br> ) <br> MONTE JORDANA LEVY, ) <br> ) <br>             Defendant. ) <br> ) | Case No.: 2:15-cv-02272-GMN-GWF <br><br> **ORDER** |

On February 26, 2016, the Court dismissed Plaintiff's case without prejudice for failure to file a completed application to proceed *in forma pauperis* or pay the full filing fee of $400. (ECF No. 10). The Clerk of Court entered judgment the same day. (ECF No. 11).

On April 12, 2016, Plaintiff filed a motion to vacate dismissal. (ECF No. 12). The Court granted this motion and gave Plaintiff one final opportunity to comply with 28 U.S.C. § 1915(a) and Local Rule LSR 1-2. (Order, ECF No. 13). Plaintiff had until May 27, 2016, to either: (1) file a complete application to proceed *in forma pauperis* using the correct form and with the required financial attachments; or (2) pay the full $400 fee for filing a civil action. (*Id.* 2:17–21). The Court explicitly stated that "if Plaintiff does not timely comply with this order, dismissal of this action may result." (*Id.* 3:1–2). As of this date, Plaintiff has failed to comply with either requirement. Accordingly,

**IT IS HEREBY ORDERED** that this action is dismissed without prejudice. Plaintiff may file a new case when he is able to either pay the $400 filing fee or submit a completed application to proceed *in forma pauperis*.

/ / /

/ / /

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Injunction, (ECF No. 14), is denied.

The Clerk of the Court is instructed to close the case.

**DATED** this ___9___ day of December, 2016.

_____
Gloria M. Navarro, Chief Judge
United States District Judge